IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr240-MHT |
| | ) | (WO) |
| VONDERRICK ANTWAN PEAT | ) | |

ORDER

At a sentencing hearing on January 9, 2024, the court sentenced defendant Vonderrick Antwan Peat to an 18-month term of imprisonment followed by three years of supervised release for possessing a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1). The court ordered the parties to have Peat evaluated for mental-health and substance-abuse issues and to file the results of those evaluations.

Shortly after the sentencing hearing, the court received a mental-health evaluation that had been completed by Dr. Holly Kaufman the prior week. During an on-the-record status conference on January 17, 2024, defense counsel announced that he had forgotten that Peat had been evaluated and was unaware at the time of

the sentencing hearing that Dr. Kaufman's report had been finalized.

The court has reviewed Dr. Kaufman's report and finds it deeply troubling. Since his childhood, Peat has repeatedly been the victim of violence, including gun violence. Dr. Kaufman's account of his adverse childhood experiences and the traumas he has incurred as an adult provides valuable insight into why he has developed a pattern of illegally possessing firearms. However, the report does not advise the court as to what special conditions of supervision it can fashion to address his obsession with guns. The court requires additional guidance from Dr. Kaufman about what interventions will most effectively reduce Peat's risk of reoffending and whether the treatment he receives should be administered in an inpatient or outpatient setting.

Accordingly, it is ORDERED that:

(1) Defendant Vonderrick Antwan Peat's sentencing is reopened for the court to consider what special conditions of supervision to impose in light of Dr.

Holly Kaufman's report.  *See* Psych. Evaluation (Doc. 31).

(2) The courtroom deputy is to arrange for a hearing with Dr. Kaufman present to discuss what special conditions of supervision can be devised to address defendant Peat's risk of possessing another firearm illegally.  The parties and Dr. Kaufman should be prepared to discuss:

(a) whether defendant Peat should spend part of his term of supervised release receiving inpatient mental-health treatment and, if so, what type of treatment and for how long;

(b) whether he should also receive outpatient treatment for his mental-health and substance-abuse issues and, if so, what type of treatment and for how long; and,

(c) what other special conditions of supervision are necessary to address the root causes of his obsession with firearms.

DONE, this the 17th day of January, 2024.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE