IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    )  | |
| ) | CRIMINAL ACTION NO. |
| v.                          ) | 2:23cr240-MHT |
| ) | (WO) |
| VONDERRICK ANTWAN PEAT      ) | |

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Vonderrick Antwan Peat to receive mental-health treatment in accordance with the detailed recommendations of Dr. Holly Kaufman, as articulated in her report and during her supplemental in-person testimony on January 26, 2024. *See* Psych. Evaluation (Doc. 31) at 14-15. Treatment shall include, at least at the beginning, weekly or biweekly sessions of individual or group therapy (with a focus on working through trauma and grief, addressing

maladaptive coping skills, and increasing positive emotions).  The mental-health provider shall be someone with expertise and experience in trauma-informed therapy and acceptance and commitment therapy, which teaches individuals to confront unpleasant emotions and change their behaviors.  As Dr. Kaufman explained, these therapeutic interventions should be fashioned to help defendant Peat address the trauma from his past experiences with violence, which has manifested in his belief that he cannot feel safe without a firearm.  More specifically, because, as Dr. Kaufman suggests, defendant Peat now feels such an acute need to protect himself that he would rather risk going to prison than parting with firearms, his therapy should be addressed to help him learn what he can do to feel safe without a firearm.

    (2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Peat is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Peat receives both a copy of the psychological evaluation conducted by Dr. Holly Kaufman, *see* Psych. Evaluation (Doc. 31) at 14-15, <u>and</u> a copy of this order.

The court considered including a psychiatric consultation as part of defendant Peat's treatment to determine his psychotropic medication needs, if any. However, because Dr. Kaufman did not mention a psychiatric consultation in her report or during her testimony, the court will not order one now. Defense counsel may, of course, still have a psychiatric consultation done if he believes one would be appropriate.

DONE, this the 29th day of January, 2024.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**